UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JEFFREY L. WILSON, | JUDGMENT IN A CIVIL CASE |
|---|---|
| Plaintiff, | CASE NO. CV16-5366BHS |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

____ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has ordered that Defendants' motion for summary judgment is GRANTED.

Judgment is entered in favor of Defendants.

Dated this 22nd day of August, 2018.

William M. McCool
Clerk of Court

Gretchen Craft, Deputy Clerk

Judgment